

**CORPORATION SERVICE COMPANY**®

**TMM / ALL**
**Transmittal Number: 16200684**
**Date Processed: 02/06/2017**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Cathleen Buchanan<br>Stanley Black & Decker, Inc.<br>701 East Joppa Road<br>Towson, MD 21286 |
| **Electronic copy provided to:** | Fred Collins |
| **Entity:** | Black & Decker (U.S.) Inc.<br>Entity ID Number  0152688 |
| **Entity Served:** | Black & Decker (U.S.) Inc., d/b/a Dewalt Industrial Tool Co. |
| **Title of Action:** | Cesar Orozco vs. Black & Decker (U.S.) Inc., d/b/a Dewalt Industrial Tool Co. |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Product Liability |
| **Court/Agency:** | Miami-Dade County Circuit Court, Florida |
| **Case/Reference No:** | 2017-0012123 CA 01 |
| **Jurisdiction Served:** | Florida |
| **Date Served on CSC:** | 02/03/2017 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Herman M. Klemick<br>305-856-4577 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscglobal.com

IN THE **CIRCUIT** COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 2017-002123 CA 01

CESAR OROZCO and MARTHA
RODRIGUEZ,

  Plaintiffs,

vs.                                                  **SUMMONS**

BLACK & DECKER (U.S.) INC., d/b/a
DEWALT INDUSTRIAL TOOL CO.,

                                                     2/3/17  TIME  1055A

  Defendant.                                         DATE _____ MCN. No. 111
_____/                    is a certified process server in the
                                                     Circuit and County Courts
**STATE OF FLORIDA:**                                in and for the Second Judicial Circuit
**To Each Sheriff of the State:**

You **ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on
defendant(s):

          **BLACK & DECKER (U.S.) INC., d/b/a DEWALT INDUSTRIAL TOOL CO.**
                     **By Serving:  Registered Agent:**
                     CORPORATION SERVICE COMPANY
                     1201 HAYS STREET
                     TALLAHASSEE, FLORIDA  32301

          Each defendant is required to serve written defenses to the complaint or petition on
Plaintiff's Attorney:

                     **KLEMICK AND GAMPEL, P.A.**
                     **1953 S.W. 27TH AVENUE**
                     **MIAMI, FLORIDA  33145**
                     **Telephone (305) 856-4577**
within 20 days after service of this summons on that defendant, exclusive of the day of service, and to
file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or
immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for
the relief demanded in the complaint or petition.

                                   IMPORTANTE
     Usted ha sido demandado legalmente. Tiene 20 dias contados a partir del recibo de esta notificacion para contestar la demanda adjunta, por escrito, y presentarla ante
este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numerc de
caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o
privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un
abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.
     Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de
su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff Attorney"(Demandante o Abogado del Demandante).

                              GRISELLE LONDOÑO

**CLERK OF COURT**      | BY:_____| DATE
                              **DEPUTY**              FEB 0 1 2017

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 2017 - 002123  CA 01

CESAR OROZCO AND MARTHA
RODRIGUEZ,

       Plaintiffs,

vs.

**COMPLAINT**
fbn: 156663

BLACK & DECKER (U.S.) INC., d/b/a
DEWALT INDUSTRIAL TOOL CO.,

       Defendant.
_____/

     **COME** NOW the Plaintiffs, CESAR OROZCO AND MARTHA

RODRIGUEZ, and sue the Defendant, BLACK & DECKER (U.S.) INC., d/b/a

DEWALT INDUSTRIAL TOOL CO., and allege:

### COUNT I
### NEGLIGENCE

    1.    This is an action for damage caused by a defective product

resulting in damages that exceed $15,000.00.

    2.    That CESAR OROZCO AND MARTHA RODRIGUEZ are residents

of Miami-Dade County, Florida.

    3.    At all times material hereto the Defendant BLACK & DECKER

(U.S.) INC., d/b/a DEWALT INDUSTRIAL TOOL CO. owned and did business

as DEWALT INDUSTRIAL TOOL CO.

4.     At all times material hereto the Defendant, BLACK & DECKER (U.S.) INC., d/b/a DEWALT INDUSTRIAL TOOL CO., was a corporation engaged in the business of manufacturing, designing and selling variable speed electric polishers including the Dewalt Polisher, DWP 849x, Serial Number 087213. (a photograph of same is attached) in Miami-Dade County, Florida.

5.     On August 16, 2015 CESAR OROZCO was using the aforementioned Dewalt's variable speed polisher, when its electric cord wrapped around the spinning components of the polisher and his little finger.  As a result, Mr. Orozco's little finger and hand were severely injured.

6.  The Dewalt variable speed polisher was placed in the market place by the Defendant BLACK & DECKER (U.S.) INC., d/b/a DEWALT INDUSTRIAL TOOL CO., with the knowledge that it would be used without inspection for defects.

7.  The Dewalt variable speed polisher in question was negligently manufactured, packaged and distributed so as to be unreasonably dangerous to CESAR OROZCO.

>    a. The Dewalt variable speed polisher came without any and/or sufficient instructions or warnings on how to safely use it.  In addition, the instructions and warnings were not in Spanish.
>
>    b. The Dewalt variable speed polisher failed to have a guard over the moving parts of the polisher to prevent the electrical cord from coming in contact with same, wrapping around same and wrapping around a user's hand and fingers.

8. The defects in the polisher in question, the Dewalt Polisher, DWP 849x, Serial Number 087213 and lack of adequate instructions and lack of adequate warnings on same was a legal cause of damage and injury to CESAR OROZCO in that it directly and in natural and continuous sequence produced or contributed substantially to producing the injuries and damages suffered by the CESAR OROZCO.

9. That as a direct and proximate result of the defective design/condition, lack of adequate instructions and lack of adequate warnings, the Plaintiff, CESAR OROZCO, was injured in and about his body and extremities. He suffered an aggravation of a known or unknown pre-existing condition or disease; suffered severe pain therefrom; incurred medical and hospital expenses; suffered physical handicap; suffered permanent scarring and disfigurement; his finger was amputated; his working ability was impaired; he lost earnings; and he suffered a permanent and significant loss of important bodily functions. Said injuries are permanent and continuing in nature, and the Plaintiff, CESAR OROZCO will suffer such losses and impairments in the future.

10. That at all times material the Plaintiff, MARTHA RODRIGUEZ, was the lawful wife of the Plaintiff, CESAR OROZCO, residing together in a family relationship in Miami, Dade County, Florida.

11. That as a direct and proximate result of the negligence of the Defendant as aforesaid the Plaintiff MARTHA RODRIGUEZ, has in the past and will in the future suffer the loss of the society, companionship and consortium of her husband CESAR OROZCO.

WHEREFORE, the Plaintiffs, CESAR OROZCO AND MARTHA RODRIGUEZ, sue the Defendant, BLACK & DECKER (U.S.) INC., d/b/a owner of DEWALT INDUSTRIAL TOOL CO., for compensatory damages in excess of Fifteen Thousand ($15,000.00) Dollars, exclusive of interest and costs and demands a trial by jury of all issues triable as of a right by a jury.

## COUNT II
### PRODUCT LIABILITY/STRICT LIABILITY

12. Plaintiffs incorporate by reference the allegations set forth in paragraphs 1 through 11 of this Complaint as though same were more fully set forth at length herein.

13. Defendant BLACK & DECKER (U.S.) INC., as the owner of DEWALT INDUSTRIAL TOOL CO., designed, manufactured, sold, marketed and placed into the stream of commerce the Dewalt variable speed polisher knowing that it would be used without inspection for defects.

14. The Dewalt variable speed polisher was expected to and did reach the Plaintiff CESAR OROZCO without substantial changes in it's condition, and was placed into the stream of commerce by the Defendant BLACK & DECKER (U.S.) INC., as the owner of DEWALT INDUSTRIAL TOOL CO.

15. At the time the Dewalt variable speed polisher was designed, manufactured, packaged, sold, and placed into the stream of commerce by the Defendant BLACK & DECKER (U.S.) INC., as the owner of DEWALT INDUSTRIAL TOOL CO., it was unreasonably dangerous because it lacked a guard, had inadequate warnings and it had inadequate instructions.

16. The Dewalt variable speed polisher was defective and unreasonably dangerous because:

 a. It lacked a guard to prevent the electrical cord from coming in contact with the moving components of the polisher.

 b. There were no adequate instructions and/or warnings in the use of the polisher.

 c. The inadequate warnings that were on the polisher were not in Spanish.

 d. The defective and unreasonably dangerous condition and defects of the polisher, the lack of adequate and/or proper instructions and/or warnings directly and proximately caused damages complained of herein.

17. That as a direct and proximate result of the defective design and condition, lack of adequate instructions, and lack of proper and/or adequate warnings, the Plaintiff, CESAR OROZCO, was injured in and about his body and extremities. He suffered an aggravation of a known or unknown pre-existing condition or disease; suffered severe pain therefrom; incurred medical and hospital expenses; suffered physical handicap;

suffered scarring and disfigurement; his working ability was impaired; and he suffered a permanent and significant loss of important bodily functions. Said injuries, scarring and disfigurement are permanent and continuing in nature, and the Plaintiff, CESAR OROZCO will suffer such losses and impairments in the future.

18. That at all times material the Plaintiff, MARTHA RODRIGUEZ, was the lawful wife of the Plaintiff, CESAR OROZCO, residing together in a family relationship in Miami, Dade County, Florida.

19. That as a direct and proximate result of the negligence of the Defendant as aforesaid the Plaintiff MARTHA RODRIGUEZ, has in the past and will in the future suffer the loss of the society, companionship and consortium of her husband CESAR OROZCO.

WHEREFORE, the Plaintiffs CESAR OROZCO AND MARTHA RODRIGUEZ, sue the Defendant, BLACK & DECKER (U.S.) INC., as the owner of DEWALT INDUSTRIAL TOOL CO. for strict liability, for all damages sustained by Plaintiffs, for compensatory damages in excess of Fifteen Thousand ($15,000.00) Dollars, exclusive of interest and costs and demands a trial by jury of all issues triable as of a right by a jury.

LAW OFFICES OF KLEMICK AND GAMPEL, P.A.
ATTORNEY FOR PLAINTIFF
1953 S.W. 27TH AVENUE
MIAMI, FLORIDA 33145
Telephone: 305-856-4577
cklemick@klemickandgampel.com
jeannie@klemickandgampel.com

BY:
HERMAN M. KLEMICK